IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. WISNOM, | No. CIV.S-05-0753 DAD |
| Plaintiff, | |
| | ORDER TO SHOW CAUSE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

On April 19, 2005, the court issued a scheduling order which required plaintiff to complete service of process within a required time. The required time has now expired, and there is no indication on the docket that plaintiff has completed service of process. Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

/////

/////

1

1  Failure to timely file the required writing will result in dismissal
2  of the action.
3  DATED: July 28, 2005.

                    /s/ Dale A. Drozd
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/wisnom0753.osc.service