IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN W. WISNOM,                     No.  CIV.S-05-0753 DAD

      Plaintiff,

  v.                                    ORDER

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

      Counsel for plaintiff having filed the required writing, the order to show cause filed July 29, 2005, is hereby discharged. However, within ten (10) days of the date of this order counsel for plaintiff shall file a proper proof of service demonstrating that service of process has been completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A)

1

1  & (B).  That proof of service shall also show that plaintiff has sent
2  a copy of the summons and complaint by registered or certified mail
3  to the Commissioner of Social Security, c/o Office of General
4  Counsel, 6401 Security Boulevard, Room 611, Altmeyer Building,
5  Baltimore, MD 21235.  <u>See</u> Fed. R. Civ. P. 4(i)(2).  Failure to <u>timely</u>
6  comply with this order with result in the dismissal of this action
7  without further warning.
8         IT IS SO ORDERED.
9  DATED: August 2, 2005.

           _____
           DALE A. DRCZD
           UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.socsec/wisnom0753.order.service