Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237

Attorney for Plaintiff:
**JONATHAN W. WISNOM**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN W. WISNOM**<br>Plaintiff<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>Commissioner of Social Security<br><br>Defendant. | Case No.: 2:05-CV-00753—DAD<br><br>ORDER FOR WITHDRAWAL OF MOTION FOR AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C. Section 406(b) |

Counsel's motion for withdrawal of the May 12, 2009 Motion for Authorization of Attorney's Fees Pursuant to U.S.C. Section 406(b) filed January 7, 2010, is pending before the Court. The case is before the undersigned pursuant to 28 U.S.C. Section 636[c]; a consent to proceed before a magistrate judge.

Counsel accepts the Social Security Administration's allotment of $11,000.00, as detailed in the August 3, 2009 *Authorization to Charge and Collect a Fee,* as payment in full for time and services rendered . Counsel shall receive no further Attorney fees for services rendered in this matter. Payment in full for time and services rendered on behalf of the Plaintiff.

Accordingly, Counsel's request for the withdrawal of the Motion For Authorization of Attorney Fees Pursuant to 42 U.S.C Section 406(b) filed January 6, 2010 is GRANTED.

DATED: January 7, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/wisnom0753.withdrawmot